AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | | |
|---|---|---|
| United States of America<br>v.<br>Anthony Keslinke | ) ) ) ) ) ) | Case No. 4-14-70145<br>OAKLAND VENUE<br>(FILED UNDER SEAL) |
| *Defendant(s)* | | |

FILED
FEB - 6 2014
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of August 26-November 1, 2013 in the county of Contra Costa in the Northern District District of California, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1956(a)(3) | Laundering of monetary instruments |

Maximum penalties:

20 years prison;
$250,000 fine;
3 years supervised release;
$100 special assessment

This criminal complaint is based on these facts:
See the affidavit of IRS Special Agent Mark Twitchell attached hereto and incorporated by reference.

Continued on the attached sheet.

APPROVED AS TO FORM:

AUSA AARON D. WEGNER

*Complainant's signature*

Mark D. Twitchell, IRS Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 2/6/14

*Judge's signature*

City and state: Oakland, CA

Kandis A. Westmore, United States Magistrate Judge
*Printed name and title*

